IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
Cases Represented by D. Troy Sellars :
Esquire : Various Chapters and Case Numbers
 :
D. Troy Sellars, Esquire, :
and :
Joseph P. Schalk, Esquire, :
 :
    Movants :
 :
Re: :
All Cases Identified in the Attached :
Exhibit A :

## JOINT OMNIBUS MOTION TO SUBSTITUTE THE APPEARANCE OF D. TROY SELLARS, ESQUIRE AS COUNSEL FOR JOSEPH P. SCHALK, ESQUIRE AS COUNSEL OF RECORD

NOW COMES, D. Troy Sellars, Esquire and Joseph P. Schalk, Esquire and file this Joint Motion for the substitution of counsel in the cases provided on the attached Appendix A, and in support thereof, aver as follows:

1. Movant D. Troy Sellars, Esquire ("Sellars") was previously employed with the law firm of Phelan Hallinan, LP ("Phelan Hallinan").

2. Recently Sellars switched firms and is now employed with the law firm of Cozen O'Connor.

3. All of the files that Sellars worked on for Phelan Hallinan remained with Phelan Hallinan upon Sellars' departure.

4. Movant Joseph P. Schalk, Esquire ("Schalk") is a partner with Phelan Hallinan.

5. Sellars and Schalk desire to substitute Schalk for Sellars from the open files before this Honorable Court which have remained with Phelan Hallinan.

6. Sellars and Schalk desire to accomplish the substitution via an omnibus filing as opposed to filling dozens of individual motions.

7. A list of the relevant cases is attached as Appendix A.

8. Schalk and Sellars jointly posit that given the large number of cases, this omnibus approach is appropriate and congruent with the preservation of valuable judicial resources.

WHEREFORE, Movants, Joseph P. Schalk, Esquire and D. Troy Sellars, Esquire, respectfully request that this Honorable Court Attorney Sellars and, where needed, simultaneously substitute Attorney Schalk from the cases provided in Appendix A to this motion.

Respectfully submitted,

/s/ D. Troy Sellars, Esquire
D. Troy Sellars (PA ID #210302)
Cozen O'Connor
305 North Front Street, Suite 400
Harrisburg, PA 17101-1236
Telephone: (717) 703-5890
Facsimile: (215) 701-2416
E-mail: tsellars@cozen.com

/s/ Joseph P. Schalk, Esquire
Joseph P. Schalk (PA ID #91656)
Phelan Hallinan, LLP
126 Locust Street
Harrisburg, PA 17101
Telephone: (71215) 563-7000
Facsimile: (717) 234-1549
E-mail: joseph.schalk@phelanhallinan.com

2

6. [illegible] Sellars and Schalk desire to accomplish the substitution via an omnibus filing as opposed to filling dozens of individual motions.

7. A list of the relevant cases is attached as Appendix A.

8. Schalk and Sellars jointly posit that given the large number of cases, this omnibus approach is appropriate and congruent with the preservation of valuable judicial resources.

WHEREFORE, Movants, Joseph P. Schalk, Esquire and D. Troy Sellars, Esquire, respectfully request that this Honorable Court Attorney Sellars and, where needed, simultaneously substitute Attorney Schalk from the cases provided in Appendix A to this motion.

Respectfully submitted,

/s/ D. Troy Sellars, Esquire
D. Troy Sellars (PA ID #210302)
Cozen O'Connor
305 North Front Street, Suite 400
Harrisburg, PA 17101-1236
Telephone: (717) 703-5890
Facsimile: (215) 701-2416
E-mail: tsellars@cozen.com

/s/ Joseph P. Schalk, Esquire
Joseph P. Schalk (PA ID #91656)
Phelan Hallinan, LLP
126 Locust Street
Harrisburg, PA 17101
Telephone: (71215) 563-7000
Facsimile: (717) 234-1549
E-mail: joseph.schalk@phelanhallinan.com

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
Cases Represented by D. Troy Sellars :
Esquire : Various Chapters and Case Numbers
 :
D. Troy Sellars, Esquire, :
and :
Joseph P. Schalk, Esquire, :
 :
    Movants :
 :
Re: :
All Cases Identified in the Attached :
Exhibit A :

## APPENDIX A

Cases seeking substitution:

| Case Number | Debtor(s) | Ch. | Date |
|---|---|---|---|
| 1:09-bk-04973-RNO | Karen L. Rafferty-Hornung | 13 | 06/29/09 |
| 1:09-bk-06176-MDF | Ronnie P. Manis and Angela D. Manis | 13 | 08/11/09 |
| 1:09-bk-06644-MDF | Michael L. Lewis and Mandy S. Lewis | 13 | 08/28/09 |
| 1:09-bk-07163-RNO | Daniele F. Amato and Tamara L. Amato | 13 | 09/16/09 |
| 1:09-bk-07269-RNO | Keith Ralph Falck and Veronica J Falck | 13 | 09/18/09 |
| 1:09-bk-07729-MDF | Jason Edward Silverstein and Angela Josefina Silverstein | 13 | 09/30/09 |
| 1:09-bk-07847-MDF | Frederick Duncan Smith and Nicole Farson Smith | 13 | 10/06/09 |
| 1:09-bk-07852-MDF | Franklin Odil Moncada and Leila Brendaly Moncada | 13 | 10/06/09 |
| 1:09-bk-07978-MDF | Raymond George Brinkerhoff and Susan Ann Brinkerhoff | 13 | 10/12/09 |
| 1:09-bk-08080-MDF | Lonnie L Kimball and Elizabeth A Kimball | 13 | 10/16/09 |
| 1:09-bk-08271-MDF | Richard D. Ford | 13 | 10/23/09 |
| 1:09-bk-09031-MDF | Jeffrey Lee Gebhart | 13 | 11/20/09 |
| 1:09-bk-09222-MDF | Dale H Gillispie | 13 | 11/30/09 |
| 1:09-bk-09436-MDF | Kevin Lynn Henry and Traci Lynn Henry | 13 | 12/06/09 |

| Case | Name | Ch | Date |
|---|---|---|---|
| 1:09-bk-10043-MDF | Chad William Sener | 13 | 12/30/09 |
| 1:10-bk-00770-RNO | Laurie Ann Paccione | 13 | 02/02/10 |
| 1:10-bk-00870-RNO | Timothy Allen Fink | 13 | 02/04/10 |
| 1:10-bk-01132-MDF | Peter W Frank and Donna K Frank | 13 | 02/15/10 |
| 1:10-bk-01495-MDF | Harry Russell Hankins and Carol L. Hankins | 13 | 02/25/10 |
| 1:10-bk-01760-MDF | John Robert Talalai | 13 | 03/05/10 |
| 1:10-bk-02033-RNO | Jose Luis Gonzalez | 13 | 03/15/10 |
| 1:10-bk-02873-MDF | Lee Andrew Jefferson | 13 | 04/07/10 |
| 1:10-bk-03880-RNO | Michael Lynn Spangler and Sue Ellen Spangler | 13 | 05/10/10 |
| 1:10-bk-03977-MDF | Jason W Corbin and Nikki L Corbin | 13 | 05/12/10 |
| 1:10-bk-04286-RNO | Matthew W. Sample | 13 | 05/25/10 |
| 1:10-bk-04554-RNO | John D. McCusker | 13 | 05/28/10 |
| 1:10-bk-04670-RNO | Jacqueline L Dubs | 13 | 06/04/10 |
| 1:10-bk-04776-RNO | Vincent Douglas Heck and Tahnee Lynne Schreffler-Heck | 13 | 06/09/10 |
| 1:10-bk-04851-RNO | Kelly J. Leese | 13 | 06/11/10 |
| 1:10-bk-05314-RNO | Donna M Wade | 13 | 06/28/10 |
| 1:10-bk-05339-RNO | Steven F. Zinn and Jennifer L. Zinn | 13 | 06/29/10 |
| 1:10-bk-06183-RNO | Darren James King and Dawn Marie King | 13 | 07/29/10 |
| 1:10-bk-06748-MDF | Marcellius A. Redcross and Nicole J. Redcross | 13 | 08/18/10 |
| 1:10-bk-07225-MDF | Edward Martin Schroyer and Ann Marie Schroyer | 13 | 09/02/10 |
| 1:10-bk-07336-RNO | Paul Robert Freeman and Tina Marie Bowers | 13 | 09/08/10 |
| 1:10-bk-08223-MDF | John W. Shinn and Chong M. Shinn | 13 | 10/06/10 |
| 1:10-bk-08331-MDF | Douglas A Knepp | 13 | 10/11/10 |
| 1:10-bk-08467-MDF | John Stutzman | 13 | 10/15/10 |
| 1:10-bk-08594-MDF | Donna M Ulrich | 13 | 10/21/10 |
| 1:10-bk-08886-RNO | Dean James Deardorff | 13 | 10/29/10 |
| 1:10-bk-09129-RNO | Robert F. Pellegrino and Daria L Latch-Pellegrino | 13 | 11/09/10 |

| Case Number | Name | Ch | Date |
|---|---|---|---|
| 1:10-bk-09187-RNO | Aaron J Wertz and Teresa A Wertz | 13 | 11/11/10 |
| 1:10-bk-09846-RNO | Charles A. Crouse | 13 | 12/07/10 |
| 1:10-bk-09979-RNO | Robert F Hanson and Annette B Hanson | 13 | 12/13/10 |
| 1:10-bk-10071-MDF | Harry Joseph Stevens | 13 | 12/15/10 |
| 1:10-bk-10289-RNO | John P Reeder and Pamela I Reeder | 13 | 12/27/10 |
| 1:11-bk-00017-MDF | George Laverne Deihl and Reshendalene Louise Deihl | 13 | 01/03/11 |
| 1:11-bk-00024-RNO | Antonio Medina and Maria Alvarado | 13 | 01/04/11 |
| 1:11-bk-00346-MDF | Tamika L. Watkins | 13 | 01/20/11 |
| 1:11-bk-00767-RNO | George Henry Emig and Susan Elaine Emig | 13 | 02/04/11 |
| 1:11-bk-00823-RNO | Krysztof C. Sontag and Patricia A. Sontag | 13 | 02/07/11 |
| 1:11-bk-01061-MDF | William R. Figgins and Nayyara M. Figgins | 13 | 02/17/11 |
| 1:11-bk-01171-MDF | Sydnor Wood Harrison and Karen Marie Harrison | 13 | 02/22/11 |
| 1:11-bk-01416-MDF | William E. Misal | 13 | 02/28/11 |
| 1:11-bk-01523-RNO | Claude L. Harlacher and Caryn L Harlacher | 13 | 03/04/11 |
| 1:11-bk-01724-MDF | Duane J. Hoover | 13 | 03/11/11 |
| 1:11-bk-01728-MDF | Patrick Caroro Roa and Lucita Padua Roa | 13 | 03/11/11 |
| 1:11-bk-02175-RNO | Kendall Lou Davis | 13 | 03/29/11 |
| 1:11-bk-02416-MDF | Cindy Lou Darbrow | 13 | 04/01/11 |
| 1:11-bk-02483-MDF | Eric Matthew Boyer and Christie Ann Boyer | 13 | 04/05/11 |
| 1:11-bk-02653-MDF | Kevin M. Hunsicker and Nicole D. Hunsicker | 13 | 04/12/11 |
| 1:11-bk-03048-RNO | Robert C. Combs and Laurie R. Combs | 13 | 04/28/11 |
| 1:11-bk-03378-MDF | Gary L. Cassatt and Cathy Cassatt | 13 | 05/06/11 |
| 1:11-bk-03443-RNO | Chad Eugene Rapp and Tarri L Rapp | 13 | 05/11/11 |
| 1:11-bk-03694-MDF | Gary S. Summers and Angela White-Summers | 13 | 05/20/11 |
| 1:11-bk-03786-RNO | Laura Abelina Guizado | 13 | 05/25/11 |
| 1:11-bk-03853-RNO | Kelly Jo DiBello | 13 | 05/27/11 |
| 1:11-bk-03863-RNO | Lemar K Smith, Jr. and Lisa G Smith | 13 | 05/27/11 |
| 1:11-bk-04027-RNO | Timothy Randolph East | 13 | 06/01/11 |

| Case | Name | Ch | Date |
|---|---|---|---|
| 1:11-bk-04250-MDF | David Lupold | 13 | 06/13/11 |
| 1:11-bk-04372-RNO | James S. Buttorff and Lisa R. Buttorff | 13 | 06/17/11 |
| 1:11-bk-04584-MDF | Wayne D Adkins and Ellen M Adkins | 13 | 06/29/11 |
| 1:11-bk-04667-RNO | Theresa A. Marrazzo | 13 | 06/30/11 |
| 1:11-bk-05557-RNO | Steven Paul Golden and Amy Beth Golden | 13 | 08/10/11 |
| 1:11-bk-05640-RNO | Jeremy J. Kraemer | 13 | 08/12/11 |
| 1:11-bk-05897-MDF | Shirley Katrina Davis | 13 | 08/25/11 |
| 1:11-bk-06549-MDF | Jason C. Baskett and Jennie R. Baskett | 13 | 09/23/11 |
| 1:11-bk-06712-RNO | Todd A. Bell and Tami A. Bell | 13 | 09/30/11 |
| 1:11-bk-06750-RNO | Clair Henry Zeigler and Gail L. Zeigler | 13 | 09/30/11 |
| 1:11-bk-06993-MDF | Larry R. Avent | 13 | 10/14/11 |
| 1:11-bk-06997-MDF | Mark Joseph Intrieri | 13 | 10/14/11 |
| 1:11-bk-06998-MDF | Robert L Hayes and Deborah A Hayes | 13 | 10/14/11 |
| 1:11-bk-07208-MDF | Jeffrey L. Qualls | 13 | 10/24/11 |
| 1:11-bk-07835-MDF | Mark Edward Vottero, sr and Kimberly Ann Vottero | 13 | 11/22/11 |
| 1:11-bk-08004-RNO | Deanna L. Miller and Jeffrey L. Miller | 13 | 11/30/11 |
| 1:11-bk-08109-MDF | William F. Fontaine and Edwina K. Fontaine | 13 | 12/05/11 |
| 1:11-bk-08232-MDF | Mary A Fawber | 13 | 12/12/11 |
| 1:11-bk-08242-RNO | Erik R. Nordstrom | 13 | 12/13/11 |
| 1:11-bk-08349-MDF | Donald Allen Venable | 13 | 12/20/11 |
| 1:11-bk-08366-RNO | Daniel P. Kreischer and Jane S. Kreischer | 13 | 12/20/11 |
| 1:11-bk-08537-RNO | Carl Sidney Highsmith, III and Lori Michelle Highsmith | 13 | 12/29/11 |
| 1:12-bk-00060-RNO | Calvin Whitesell Williams, III | 13 | 01/05/12 |
| 1:12-bk-00083-MDF | Brad M. Polon and Beth Ann Polon | 13 | 01/06/12 |
| 1:12-bk-00210-MDF | Mark D Holmes, II and Laura J Holmes | 13 | 01/17/12 |
| 1:12-bk-00524-MDF | Edward Benjamin Schick | 13 | 01/31/12 |
| 1:12-bk-00918-MDF | Kelly K. Attick | 13 | 02/17/12 |
| 1:12-bk-01085-MDF | Christine W. Beverly | 13 | 02/27/12 |

iv

Case 1:11-bk-08366-RNO   Doc 70   Filed 10/30/14   Entered 10/31/14 16:21:23   Desc
Main Document    Page 7 of 18

| Case Number | Debtor(s) | Ch | Filed |
|---|---|---|---|
| 1:12-bk-01509-RNO | Michele Marie Dixon and David Mark Dixon, sr | 13 | 03/16/12 |
| 1:12-bk-01600-MDF | Scott A. Litten and Trudy A. Litten | 13 | 03/21/12 |
| 1:12-bk-01656-MDF | Daniel Raymond Yeckley and Diane Marie Yeckley | 13 | 03/24/12 |
| 1:12-bk-01957-MDF | Martin Francis O'Grady and Nancy Joan Duncan | 13 | 04/02/12 |
| 1:12-bk-01958-RNO | Kurt Warren Underkofler and Paulette Anne Underkofler | 13 | 04/02/12 |
| 1:12-bk-01976-RNO | Brian Keith Storm and Melissa R. Storm | 13 | 04/03/12 |
| 1:12-bk-02047-RNO | Robert J. Kille and Susan J. Kille | 13 | 04/06/12 |
| 1:12-bk-02062-RNO | Bethany D Milbrand | 13 | 04/06/12 |
| 1:12-bk-02489-MDF | Karen B. Blazina | 13 | 04/25/12 |
| 1:12-bk-02545-MDF | Julie Neh Ndjee | 13 | 04/26/12 |
| 1:12-bk-02639-RNO | Richard M. Hope and Catherine L. Hope | 13 | 04/30/12 |
| 1:12-bk-02963-MDF | Keith Allen Reed | 13 | 05/15/12 |
| 1:12-bk-03398-MDF | Susan P. Carr | 13 | 06/05/12 |
| 1:12-bk-03399-RNO | Estellena Cameron | 13 | 06/05/12 |
| 1:12-bk-03404-MDF | James D. Brennan and Stephanie M. Brennan | 13 | 06/05/12 |
| 1:12-bk-03467-MDF | Wanda M. Phillips | 13 | 06/08/12 |
| 1:12-bk-03477-RNO | Ronald W. Reinhart, Jr. and Jacqueline L. Hall | 13 | 06/08/12 |
| 1:12-bk-03505-MDF | Gregory A. Bell | 13 | 06/11/12 |
| 1:12-bk-03551-RNO | Timothy R. Gaul and Lois M Gaul | 13 | 06/13/12 |
| 1:12-bk-03743-MDF | Nancy Jean Sipe | 13 | 06/25/12 |
| 1:12-bk-03833-RNO | Scott A. Woods and Nadine E. Gatling-Woods | 13 | 06/28/12 |
| 1:12-bk-03872-RNO | Reginald Victor Thornton, Jr | 13 | 06/29/12 |
| 1:12-bk-03877-MDF | Barbara A. Clemmer | 13 | 06/29/12 |
| 1:12-bk-04145-MDF | Keirstin Elaine O'Donnell | 13 | 07/14/12 |
| 1:12-bk-04175-MDF | John Thomas Marcucci and Gina Lynn Marcucci | 13 | 07/16/12 |
| 1:12-bk-04432-MDF | Frank J. Gervasi and Kemberly A. Gervasi | 13 | 07/30/12 |
| 1:12-bk-04468-RNO | Steven B. Flaharty | 13 | 07/31/12 |
| 1:12-bk-04537-MDF | John N. Ryan, III and Loretta J. Ryan | 13 | 08/02/12 |

| Case Number | Debtor(s) | Chapter | Date |
|---|---|---|---|
| 1:12-bk-04594-MDF | Matthew D. Lenker | 13 | 08/06/12 |
| 1:12-bk-04628-MDF | Deborah Faye Silver | 7 | 08/08/12 |
| 1:12-bk-04670-RNO | Deana M. Woods | 13 | 08/09/12 |
| 1:12-bk-04707-MDF | Edward Scott Coleman | 13 | 08/10/12 |
| 1:12-bk-04829-MDF | Gloria M. Chaney | 13 | 08/16/12 |
| 1:12-bk-04880-MDF | Barry Lee Nye and Jill Michelle Nye | 13 | 08/20/12 |
| 1:12-bk-05039-MDF | Larry E. Mann, Sr. and Tina D. Mann | 13 | 08/29/12 |
| 1:12-bk-05277-RNO | Keren Elizabeth Kinglow | 13 | 09/07/12 |
| 1:12-bk-05464-RNO | Charles M. Flickinger and Susan Diane Flickinger | 13 | 09/17/12 |
| 1:12-bk-05598-RNO | Leo P. Bond and Evlyn E. Bond | 13 | 09/24/12 |
| 1:12-bk-05682-MDF | Todd A. Albright and Colleen K. Albright | 13 | 09/27/12 |
| 1:12-bk-05732-RNO | Augusto Gordillo and Monica Gordillo | 13 | 09/28/12 |
| 1:12-bk-05782-MDF | Michael S Smith and Tina M Smith | 13 | 10/01/12 |
| 1:12-bk-05800-MDF | Dennis R. Kapp and Vicky K. Kapp | 13 | 10/02/12 |
| 1:12-bk-05832-RNO | Larry W. Turman and Leslee C. Turman | 13 | 10/04/12 |
| 1:12-bk-05858-RNO | Angie Zeigler Yingling | 13 | 10/05/12 |
| 1:12-bk-05873-MDF | Louis A. Santo, Jr. and Joy M. Santo | 13 | 10/05/12 |
| 1:12-bk-06028-MDF | Laurie Jane Bernstein | 13 | 10/13/12 |
| 1:12-bk-06087-RNO | James Todd Patton | 13 | 10/16/12 |
| 1:12-bk-06377-MDF | Jon H. Montgomery and Laura L. Montgomery | 13 | 10/31/12 |
| 1:12-bk-06392-RNO | Chrisoula Jennings | 13 | 10/31/12 |
| 1:12-bk-06466-MDF | Barry A Gross | 13 | 11/05/12 |
| 1:12-bk-06467-MDF | Robert E. Doverspike | 13 | 11/06/12 |
| 1:12-bk-06498-MDF | Troy E Clark and Jessica L. Clark | 13 | 11/08/12 |
| 1:12-bk-06521-RNO | Randy L. Rowe and Cynthia E. Rowe | 13 | 11/09/12 |
| 1:12-bk-06579-MDF | Michael Jerry Malecki and Kathleen Marie Malecki | 13 | 11/13/12 |
| 1:12-bk-06621-MDF | Joseph A Lawrence, Jr and Kristi Marie Lawrence | 13 | 11/15/12 |
| 1:12-bk-06676-MDF | Randolph Allen Shearer | 13 | 11/19/12 |

| Case Number | Debtor(s) | Chapter | Date |
|---|---|---|---|
| 1:12-bk-06835-MDF | Donna Sue Hutchinson | 13 | 11/30/12 |
| 1:12-bk-06958-MDF | Cillia Rayadi Nolte | 13 | 12/06/12 |
| 1:12-bk-06979-RNO | Justin R Best | 13 | 12/06/12 |
| 1:12-bk-06987-MDF | Marta M. Morales | 13 | 12/06/12 |
| 1:12-bk-07098-RNO | Timothy S. Frey and Stacy L. Frey | 13 | 12/12/12 |
| 1:12-bk-07185-MDF | Susan Coleman | 13 | 12/17/12 |
| 1:12-bk-07186-MDF | John Provenzano | 13 | 12/17/12 |
| 1:12-bk-07275-MDF | Makhan Singh Jassar | 13 | 12/21/12 |
| 1:12-bk-07307-MDF | Nelson Kauffman and Lorilyn Kauffman | 13 | 12/27/12 |
| 1:13-bk-00165-MDF | James P. Gibson, Jr. and Mary A. Gibson | 13 | 01/15/13 |
| 1:13-bk-00176-MDF | Jonathan D. Brosius | 13 | 01/15/13 |
| 1:13-bk-00254-RNO | Juan D. Rivera and Constance L. Rivera | 13 | 01/18/13 |
| 1:13-bk-00285-MDF | Michael Edward Johnson, Sr. and Deborah Leanna Johnson | 13 | 01/21/13 |
| 1:13-bk-00302-MDF | Robin S. McCullough | 13 | 01/22/13 |
| 1:13-bk-00411-MDF | Mark Angelo Tretter and Michele Lynn Tretter | 13 | 01/29/13 |
| 1:13-bk-00482-MDF | Michael J. McGonigle and Stephanie D. McGonigle | 13 | 01/31/13 |
| 1:13-bk-00502-MDF | David M. Perrin, Sr. | 13 | 01/31/13 |
| 1:13-bk-00599-RNO | Frank W Honeycutt | 13 | 02/06/13 |
| 1:13-bk-00649-RNO | Susan K Kostalas | 13 | 02/08/13 |
| 1:13-bk-00941-MDF | Kathy V. Neary | 13 | 02/26/13 |
| 1:13-bk-00960-RNO | William Howard Walker and Kelli R. Walker | 13 | 02/27/13 |
| 1:13-bk-01112-MDF | Jeanne A. Shearer | 13 | 03/05/13 |
| 1:13-bk-01127-RNO | Rickey S. Wagaman and Veronica K. Wagaman | 13 | 03/06/13 |
| 1:13-bk-01352-RNO | Daniel Lee Feaser and Dana Marie Feaser | 13 | 03/18/13 |
| 1:13-bk-01551-RNO | Martin Rivera and Carmen L. Rivera | 13 | 03/27/13 |
| 1:13-bk-01696-RNO | Edgar M. Castro Badillo | 13 | 04/02/13 |
| 1:13-bk-01744-MDF | Thomas R. Turner and Dana A. Turner | 13 | 04/04/13 |

| Case | Debtor | Ch | Date |
|---|---|---|---|
| 1:13-bk-01821-MDF | Robert Allen Basham | 13 | 04/09/13 |
| 1:13-bk-01874-MDF | Flim D Smith and Ruth E Smith | 13 | 04/11/13 |
| 1:13-bk-01918-RNO | James Robert Sulzer | 13 | 04/12/13 |
| 1:13-bk-01957-RNO | Timothy Stephen Mellin and Maria Robyn Mellin | 13 | 04/14/13 |
| 1:13-bk-01974-MDF | Jeffrey W. Brinkman and Patricia W. Brinkman | 13 | 04/15/13 |
| 1:13-bk-02382-MDF | Julio E. Vargas and Elizabeth A. Vargas | 13 | 05/03/13 |
| 1:13-bk-02386-MDF | Randall W. Smith and Karen I. Smith | 13 | 05/06/13 |
| 1:13-bk-02502-RNO | Chloe T. Pittinos | 13 | 05/13/13 |
| 1:13-bk-02557-RNO | Mario A. Martinez and Nanthley E. Martinez | 13 | 05/15/13 |
| 1:13-bk-02565-MDF | Mark Hanson Shade | 13 | 05/16/13 |
| 1:13-bk-02671-MDF | Eric John Cieslinski | 13 | 05/22/13 |
| 1:13-bk-02700-MDF | Keith A. Hess and Sharon M. Wilson-Hess | 13 | 05/23/13 |
| 1:13-bk-02874-RNO | Raymond S. Shaffer | 13 | 05/31/13 |
| 1:13-bk-02878-RNO | George W. Brunner and Tammie L. Brunner- Burk | 13 | 05/31/13 |
| 1:13-bk-02885-RNO | Gregory Sean White, Sr. and LeeAnn Jennifer White | 13 | 05/31/13 |
| 1:13-bk-02966-RNO | Jessica C Ayers | 13 | 06/05/13 |
| 1:13-bk-02979-MDF | Diane Duffy-Woolfork | 13 | 06/06/13 |
| 1:13-bk-03047-MDF | Thomas William Kenney, Jr and Susan Marie Kenney | 13 | 06/08/13 |
| 1:13-bk-03054-RNO | Pamela Kay Rice | 13 | 06/10/13 |
| 1:13-bk-03108-MDF | Richard P. Reilly and Deborah M. Reilly | 13 | 06/12/13 |
| 1:13-bk-03211-RNO | Joseph C. Hoke, III and Donna M. Hoke | 13 | 06/19/13 |
| 1:13-bk-03283-MDF | Thomas J. Grubb | 13 | 06/25/13 |
| 1:13-bk-03419-MDF | Janelle K Walrath | 13 | 06/28/13 |
| 1:13-bk-03503-RNO | Lindi M Macon and Lawrence W Macon | 13 | 07/08/13 |
| 1:13-bk-03537-RNO | Dorothy Renee Moyer | 13 | 07/09/13 |
| 1:13-bk-03565-MDF | Brian E. Schmiedel and Tammy L. Schmiedel | 13 | 07/10/13 |
| 1:13-bk-03606-MDF | Joseph R. Poist | 13 | 07/12/13 |
| 1:13-bk-03742-MDF | Michael S. Dudley | 13 | 07/19/13 |

| Case | Name | Ch | Date |
|---|---|---|---|
| 1:13-bk-03801-RNO | William A. Turner | 13 | 07/24/13 |
| 1:13-bk-03860-MDF | Ronald M. Claycomb | 13 | 07/26/13 |
| 1:13-bk-04012-MDF | Curtis Louis Meixner and Brenda Ann Meixner | 13 | 08/02/13 |
| 1:13-bk-04094-RNO | Peter Michael Hevel | 13 | 08/07/13 |
| 1:13-bk-04116-MDF | Robert H. Gulden | 7 | 08/08/13 |
| 1:13-bk-04268-MDF | Courtney Elizabeth Bilodeau and Danny Leo Bilodeau, Jr | 13 | 08/19/13 |
| 1:13-bk-04466-MDF | George Wayne VanAsdalan | 13 | 08/30/13 |
| 1:13-bk-04829-MDF | John Sheaffer and Cornelia A. Sheaffer | 13 | 09/19/13 |
| 1:13-bk-04930-RNO | Vaughn L. Rimel and Lori A. Rimel | 13 | 09/25/13 |
| 1:13-bk-05087-RNO | Diane Elaine Zeltwanger | 13 | 10/01/13 |
| 1:13-bk-05138-MDF | Thomas R. Fagan, Sr and Magdamarys Fagan | 13 | 10/03/13 |
| 1:13-bk-05185-RNO | Ana Violet Sanchez | 13 | 10/07/13 |
| 1:13-bk-05188-RNO | C Alan Neeper | 13 | 10/07/13 |
| 1:13-bk-05197-MDF | Ian Wayne Charles and Charlotte Claire Charles | 13 | 10/07/13 |
| 1:13-bk-05301-RNO | Paula Lisa Frazier | 7 | 10/11/13 |
| 1:13-bk-05325-MDF | Richard E. Harper and Deborah J. Harper | 11 | 10/14/13 |
| 1:13-bk-05344-RNO | Stanley Allen Watts, Jr. and Wendy S. Watts | 13 | 10/16/13 |
| 1:13-bk-05380-RNO | Kenneth J. Halcomb and Robin L. Halcomb | 13 | 10/17/13 |
| 1:13-bk-05659-RNO | Steven L. Clutter and Sharon J. Clutter | 13 | 10/31/13 |
| 1:13-bk-05687-RNO | Heriberto Roman, Jr | 13 | 11/01/13 |
| 1:13-bk-05704-MDF | Jonathan S. Hamilton | 13 | 11/04/13 |
| 1:13-bk-05707-MDF | Dwayne E Banks | 13 | 11/04/13 |
| 1:13-bk-05809-MDF | Jamie A Eberhard and Christine L Eberhard | 13 | 11/12/13 |
| 1:13-bk-05844-MDF | Dean R. Shorb | 13 | 11/13/13 |
| 1:13-bk-05871-MDF | Scott Robert Tritle | 13 | 11/14/13 |
| 1:13-bk-05971-MDF | Janine Renee Mohammed | 13 | 11/21/13 |
| 1:13-bk-06180-MDF | Eugene Edward Chadwick, Jr and Christine May Chadwick | 13 | 12/04/13 |

| | | | |
|---|---|---|---|
| 1:13-bk-06220-MDF | Merrill G Bigelow and Regina S. Bigelow | 13 | 12/05/13 |
| 1:13-bk-06434-MDF | Alfonso Lua-Garcia | 13 | 12/18/13 |
| 1:13-bk-06477-MDF | John Frank Libera, Jr and Catherine Ann Libera | 13 | 12/19/13 |
| 1:13-bk-06493-MDF | Brian L. Snell and Laura A. Snell | 13 | 12/20/13 |
| 1:13-bk-06517-MDF | Joseph M. Harvey and Brenda L. Harvey | 13 | 12/23/13 |
| 1:14-bk-00089-RNO | Rita Marie Brightbill | 13 | 01/08/14 |
| 1:14-bk-00138-RNO | Duane T. Bull and Cynthia R. Bull | 13 | 01/13/14 |
| 1:14-bk-00165-RNO | Luan Minh Nguyen | 13 | 01/14/14 |
| 1:14-bk-00193-MDF | Shirley Rohrbaugh | 13 | 01/16/14 |
| 1:14-bk-00221-MDF | Michael Walter Erdman and Patricia Ann Erdman | 13 | 01/19/14 |
| 1:14-bk-00223-RNO | Charles E. Nicholson and Heather J. Nicholson | 13 | 01/20/14 |
| 1:14-bk-00332-MDF | Steve Lynn Stephens and Sheryl Louise Stephens | 13 | 01/28/14 |
| 1:14-bk-00501-MDF | Scott D. Gladfelter and Jami Ann Gladfelter | 13 | 02/06/14 |
| 1:14-bk-00525-MDF | Ambre Jo White Noel | 13 | 02/07/14 |
| 1:14-bk-00621-RNO | William Patrick Morrison | 13 | 02/18/14 |
| 1:14-bk-00771-RNO | Michael Aloysius Franklin | 13 | 10/13/12 |
| 1:14-bk-01023-MDF | William Henry Barnes | 13 | 03/11/14 |
| 1:14-bk-01606-MDF | Robert D. Cook and Delores E. Cook | 7 | 04/08/14 |
| 1:14-bk-01629-RNO | Jeffrey S. Shrader and Tina M. Shrader | 13 | 04/09/14 |
| 1:14-bk-01930-MDF | Toni M Black | 13 | 04/24/14 |
| 1:14-bk-01947-MDF | Douglas R. Kiel | 13 | 04/25/14 |
| 4:09-bk-06636-JJT | Dana T. Fye | 13 | 08/28/09 |
| 4:10-bk-03838-JJT | Robert A. Loesch and Tanya Marie Quinzio | 13 | 05/07/10 |
| 4:10-bk-04805-JJT | Susan J. Heck | 13 | 06/09/10 |
| 4:11-bk-00536-JJT | Jimmy W. Little and Virginia K. Little | 13 | 01/27/11 |
| 4:11-bk-02132-JJT | Edward Dean Blackwell and Stacy Lynn Blackwell | 13 | 03/28/11 |
| 4:11-bk-03386-JJT | Donald J. Heverly, Jr. | 13 | 05/09/11 |
| 4:11-bk-04025-JJT | Regis B. Bingham | 13 | 06/01/11 |

| | | | |
|---|---|---|---|
| 4:11-bk-06978-JJT | Daniel L. Ream and Cindy L. Ream | 7 | 10/13/11 |
| 4:11-bk-07928-JJT | James Earl Heaton and Janet Heaton | 13 | 11/29/11 |
| 4:12-bk-01593-JJT | Roger J Boob and Cristene N Boob | 13 | 03/20/12 |
| 4:12-bk-03057-JJT | Thomas F Rea and Sharon J Rea | 13 | 05/18/12 |
| 4:12-bk-06367-JJT | Lori R. Sheppard and Brian D. Sheppard | 13 | 10/31/12 |
| 4:12-bk-06883-JJT | Joseph Warren Breon and Rachel Diane Breon | 13 | 11/30/12 |
| 4:13-bk-02954-JJT | Kermit K Kohl | 13 | 06/04/13 |
| 4:13-bk-03743-JJT | Henry R Miller, II and Karen R Miller | 13 | 07/19/13 |
| 4:13-bk-04459-JJT | Richard J Yebernetsky | 13 | 08/29/13 |
| 4:13-bk-05862-JJT | Edward E Schechterly | 13 | 11/14/13 |
| 4:14-bk-01045-JJT | William G. Sweeley and Renae F. Sweeley | 13 | 03/11/14 |
| 4:14-bk-04590-JJT | Robin D. Bingham | 7 | 06/01/11 |
| 5:09-bk-04864-RNO | Lawrence J. Giles and Irmin H. Giles | 13 | 06/24/09 |
| 5:09-bk-05409-RNO | Craig A. Roseman and Patricia A. Roseman | 13 | 07/15/09 |
| 5:09-bk-06553-JJT | Richard S Stola and Margery A Stola | 13 | 08/25/09 |
| 5:09-bk-06795-RNO | Brian R. Kaufman and Samantha E. Kaufman | 13 | 09/01/09 |
| 5:09-bk-07230-RNO | Brian F. Hicks and Lynn A. Hicks | 13 | 09/17/09 |
| 5:09-bk-07476-JJT | Santos Rivera and Annmarie Rivera | 13 | 09/24/09 |
| 5:09-bk-09249-RNO | John W. Devers and Alice M M Devers | 13 | 11/30/09 |
| 5:09-bk-09665-JJT | Louis J Tapia and Cynthia Lee Tapia | 13 | 12/15/09 |
| 5:10-bk-00040-JJT | William T. Morrison and Lois A. Morrison | 13 | 01/05/10 |
| 5:10-bk-02641-RNO | David C. Labadie and Renee W. Labadie | 13 | 03/31/10 |
| 5:10-bk-08078-RNO | Timothy J Ryman and Robyn Ryman | 13 | 09/30/10 |
| 5:10-bk-08504-JJT | Stacey Yvette Talley | 13 | 10/18/10 |
| 5:10-bk-08598-RNO | Norman Poremba and Kathleen Joyce Poremba | 13 | 10/21/10 |
| 5:10-bk-09460-RNO | Daniel D. Henry and Eva Henry | 13 | 11/22/10 |
| 5:10-bk-09862-JJT | Wayne H Leonard and Debbie M Leonard | 13 | 12/07/10 |
| 5:10-bk-10379-RNO | Robert Edward Morris and Franceska Carmela Morris | 13 | 12/30/10 |

| Case | Debtor | Ch | Date |
|---|---|---|---|
| 5:11-bk-01637-RNO | Rosemary Getz | 13 | 03/09/11 |
| 5:11-bk-02688-RNO | Paul G Dembinsky | 13 | 04/13/11 |
| 5:11-bk-03114-RNO | Howard W. Fritz and Leah B. Fritz | 13 | 04/29/11 |
| 5:11-bk-03116-JJT | Barbara Elaine Garber | 13 | 04/29/11 |
| 5:11-bk-04170-JJT | Timothy R. Yanchek | 13 | 06/09/11 |
| 5:11-bk-04953-JJT | Anthony P. Pizzella, Jr. and Nadine M. Pizzella | 13 | 07/14/11 |
| 5:11-bk-05033-JJT | John Lepka and Anita Lepka | 13 | 07/19/11 |
| 5:11-bk-05418-JJT | Rosa L. Lipscomb | 13 | 08/02/11 |
| 5:11-bk-06176-RNO | Thomas McGowan and Mary Ellen McGowan | 13 | 09/07/11 |
| 5:11-bk-06408-JJT | Kim Y Powell | 13 | 09/19/11 |
| 5:11-bk-06510-RNO | Ilynn Liga-Colon | 13 | 09/22/11 |
| 5:11-bk-06611-RNO | James D Leigh-Manuell | 13 | 09/27/11 |
| 5:11-bk-06868-RNO | Edward P Deets and Elizabeth L. Deets | 7 | 10/06/11 |
| 5:11-bk-07560-RNO | Brian K. Stroup and Karen Y. Stroup | 13 | 11/08/11 |
| 5:11-bk-07654-RNO | Ali Lamar Bennett and Donna Saunders-Bennett | 13 | 11/14/11 |
| 5:11-bk-07678-JJT | Marta I. Rodriguez | 13 | 11/14/11 |
| 5:11-bk-07900-JJT | Holly B. Ostrowski | 13 | 11/28/11 |
| 5:11-bk-07936-RNO | Rafael A. Franco | 13 | 11/29/11 |
| 5:11-bk-08075-RNO | Donald M. Francis and Gail R. Francis | 13 | 12/02/11 |
| 5:11-bk-08277-JJT | Kathleen I. Nagle | 13 | 12/14/11 |
| 5:11-bk-08374-JJT | Alexander B. Michie and Linda C. Michie | 13 | 12/20/11 |
| 5:11-bk-08389-JJT | David R Moyer and Valerie L Moyer | 13 | 12/21/11 |
| 5:11-bk-08486-RNO | Scott Jason Weiner and Michelle Ann Weiner | 13 | 12/28/11 |
| 5:12-bk-00082-JJT | Cindi L. Connor | 13 | 01/06/12 |
| 5:12-bk-00346-JJT | Keith E. Zaleck, Sr. | 13 | 01/23/12 |
| 5:12-bk-00403-RNO | Derrick T Scarboro, Sr | 13 | 01/25/12 |
| 5:12-bk-00583-RNO | Sean P. McAfee | 13 | 02/01/12 |
| 5:12-bk-00720-JJT | Zbigniew Halicki and Bozena J. Halicka | 13 | 02/08/12 |

| Case | Name | Ch | Date |
|---|---|---|---|
| 5:12-bk-01064-JJT | Richard H. Pitner, Jr. and Mercedes Pitner | 13 | 02/25/12 |
| 5:12-bk-01108-JJT | Paul Hughes, Sr and Mary C Hughes | 13 | 02/28/12 |
| 5:12-bk-01431-JJT | Michael Joseph Rizzi, Jr. and Terri Leigh Rizzi | 13 | 03/13/12 |
| 5:12-bk-01468-RNO | Jay R Hothouse and Kimberly A Hothouse | 13 | 03/14/12 |
| 5:12-bk-01763-JJT | Robert A. Coolbaugh | 13 | 03/28/12 |
| 5:12-bk-02043-JJT | Joseph M. Henn, Jr. and Elsa Henn | 13 | 04/05/12 |
| 5:12-bk-02058-RNO | Daniel Dagorn | 13 | 04/06/12 |
| 5:12-bk-02099-RNO | Robert John McHugh and Linda Susan McHugh | 13 | 04/09/12 |
| 5:12-bk-02147-RNO | John N Dorneman | 13 | 04/11/12 |
| 5:12-bk-02207-JJT | Stanley Peter Tarutis, III | 13 | 04/13/12 |
| 5:12-bk-02397-RNO | Ahmed Abdelhalime Omer | 7 | 04/20/12 |
| 5:12-bk-02728-RNO | Larry Clyde Myers, Jr and Dawn Marie Myers | 13 | 05/02/12 |
| 5:12-bk-03103-JJT | Jillian E Haubrich | 13 | 05/22/12 |
| 5:12-bk-03190-JJT | Adrian Paul Anderson and Ellen Onia Adina Anderson | 13 | 05/29/12 |
| 5:12-bk-03715-JJT | Moustafa Cherif and Amanda M. Cherif | 13 | 06/22/12 |
| 5:12-bk-03741-JJT | John D Bradley, Jr | 7 | 06/25/12 |
| 5:12-bk-03852-RNO | Amy S. Goodman | 13 | 06/28/12 |
| 5:12-bk-04040-JJT | Carol M. Kuhn | 13 | 07/10/12 |
| 5:12-bk-04140-RNO | Joseph F. Podrazil and Jennifer L. Podrazil | 13 | 07/13/12 |
| 5:12-bk-04246-JJT | Dyson C. Shultz | 13 | 07/19/12 |
| 5:12-bk-04383-JJT | Catherine A. Hockin | 7 | 07/27/12 |
| 5:12-bk-04436-RNO | Ashley Alejo and Mery Felipa Alejo | 13 | 07/30/12 |
| 5:12-bk-04480-JJT | Jeffrey David Finck | 13 | 07/31/12 |
| 5:12-bk-04481-JJT | Thomas J. Caruso, Jr. | 13 | 07/31/12 |
| 5:12-bk-04676-JJT | John N Thompson | 13 | 08/09/12 |
| 5:12-bk-05422-JJT | Stephen T. Grecco | 13 | 09/14/12 |
| 5:12-bk-05781-JJT | Claphille A. Talbot | 13 | 10/01/12 |
| 5:12-bk-05811-JJT | Arthur William Ball and Georgia May Ball | 13 | 10/02/12 |

| Case | Debtor(s) | Ch | Date |
|---|---|---|---|
| 5:12-bk-05958-JJT | James M. Frey and Nadine C. Frey | 13 | 10/11/12 |
| 5:12-bk-06025-RNO | Paul Medina | 13 | 10/13/12 |
| 5:12-bk-06396-RNO | Michael J. Neu and Jennifer M. Neu | 13 | 10/31/12 |
| 5:12-bk-06900-RNO | James J. Heffers | 13 | 12/03/12 |
| 5:12-bk-06957-RNO | Joseph Peter Caruso, Jr. and Solimar Caruso | 13 | 12/05/12 |
| 5:13-bk-00023-JJT | Virginia R. Grieco | 13 | 01/03/13 |
| 5:13-bk-00053-JJT | Todd E. Kern | 13 | 01/06/13 |
| 5:13-bk-00260-RNO | Georgette Aretha Davis-Pierre | 13 | 01/18/13 |
| 5:13-bk-00293-RNO | Joey Mejia Aquino and Josephine Zamora Aquino | 13 | 01/22/13 |
| 5:13-bk-00466-RNO | Anthony L. Jordan, Jr. | 13 | 01/31/13 |
| 5:13-bk-00596-JJT | Janti Yagan and Sharizat Yagan | 13 | 02/06/13 |
| 5:13-bk-01341-RNO | Luis Manuel Gonzalez, Jr and Serena Leona Gonzalez | 13 | 03/15/13 |
| 5:13-bk-01375-RNO | Ana M. Davies | 7 | 03/18/13 |
| 5:13-bk-01512-RNO | Kathleen F. Keeny | 13 | 03/25/13 |
| 5:13-bk-01595-JJT | Craig A. Lewis | 13 | 03/28/13 |
| 5:13-bk-02166-RNO | Robert J. Weed and Judith G. Weed | 13 | 04/24/13 |
| 5:13-bk-02383-RNO | Todd Jerome Scarlett and Olga Campana Scarlett | 13 | 05/03/13 |
| 5:13-bk-02957-JJT | Rita Jane Sparkes | 13 | 06/05/13 |
| 5:13-bk-02974-RNO | Carla T. Gashi | 13 | 06/05/13 |
| 5:13-bk-03158-JJT | Boyd R. Kocher and Mary R. Kocher | 13 | 06/17/13 |
| 5:13-bk-03658-RNO | Robert Andrew Sarluca, Sr and Lisa Marie Sarluca | 13 | 07/16/13 |
| 5:13-bk-03727-JJT | Allen R. Haydt and Debra A. Haydt | 13 | 07/19/13 |
| 5:13-bk-03750-JJT | Rebecca Apostol | 13 | 07/22/13 |
| 5:13-bk-04206-JJT | Anthony Rambone and Shannon Hayes | 13 | 08/14/13 |
| 5:13-bk-04787-RNO | Ismet Tuna and Nilgun Tuna | 13 | 09/18/13 |
| 5:13-bk-04871-RNO | Jerome W. Lama | 13 | 09/20/13 |
| 5:13-bk-05064-RNO | Britt R Earnhart | 13 | 09/30/13 |
| 5:13-bk-05095-JJT | Peter H. Rutt and Shanie A. Rutt | 13 | 10/02/13 |

| Case Number | Debtor(s) | Chapter | Date |
|---|---|---|---|
| 5:13-bk-05355-RNO | Nelson Lebron and Frances A. Lebron | 13 | 10/16/13 |
| 5:13-bk-05368-RNO | Yvonne Hill | 13 | 10/16/13 |
| 5:13-bk-05428-RNO | James Fulton | 13 | 10/21/13 |
| 5:13-bk-05577-JJT | Manuel Lugo, Jr. and Monique Lugo | 13 | 10/30/13 |
| 5:13-bk-05600-RNO | Patrick J Ciraolo | 13 | 10/30/13 |
| 5:13-bk-05733-JJT | Dennis L. Regan, Jr. | 13 | 11/05/13 |
| 5:13-bk-06024-RNO | Michael C. Scott | 13 | 11/23/13 |
| 5:13-bk-06030-RNO | AnnMarie Rutkowski | 13 | 11/23/13 |
| 5:13-bk-06032-JJT | Charles Sartori and Kathryn J. Sartori | 13 | 11/23/13 |
| 5:13-bk-06061-RNO | Juan A Casanas and Angelica M Santiago | 13 | 11/26/13 |
| 5:13-bk-06081-RNO | John F. Bossert and Donna M. Bossert | 13 | 11/26/13 |
| 5:13-bk-06141-JJT | Ann Marie McKerns | 13 | 11/30/13 |
| 5:13-bk-06204-RNO | Raymond J. Getman and Luann Getman | 13 | 12/04/13 |
| 5:13-bk-06307-RNO | Vincent DeNunzio | 13 | 12/10/13 |
| 5:13-bk-06413-RNO | Edwin T. Alomar and LaSonia A. Alomar | 13 | 12/17/13 |
| 5:13-bk-06442-RNO | Paul M. Sorbelli | 13 | 12/18/13 |
| 5:14-bk-00010-JJT | Jay A Iverson | 13 | 01/02/14 |
| 5:14-bk-00273-RNO | Anthony Joseph Caligiuri and Estrellita Caligiuri | 13 | 01/23/14 |
| 5:14-bk-00290-JJT | Donna Anne Colucci | 13 | 01/24/14 |
| 5:14-bk-00360-JJT | David Bernard Iverson | 13 | 01/29/14 |
| 5:14-bk-00456-JJT | Scott W. Phillips and Francine J. Phillips | 13 | 02/03/14 |
| 5:14-bk-00574-JJT | Jeffrey Jay Prinz | 13 | 02/11/14 |
| 5:14-bk-00581-JJT | Denise Spieker | 13 | 02/12/14 |
| 5:14-bk-01074-JJT | Miguel A. Rodriguez and Scarlet V. Rodriguez | 13 | 03/12/14 |
| 5:14-bk-01148-JJT | Edwin Zayas and Santina Zayas | 13 | 03/14/14 |
| 5:14-bk-01314-JJT | Ricardo Vieira and Ann C. Vieira | 13 | 03/25/14 |
| 5:14-bk-01516-JJT | Eric C. Gillis | 13 | 04/02/14 |